UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY L. L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-03298-JPH-MPB |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Matthew Brookman has entered a Report and Recommendation recommending that the Court reverse the ALJ's opinion under sentence four of 42 U.S.C. § 405(g) and remand for further consideration.  Dkt. 17.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the Report and Recommendation.  Dkt. [17]. The ALJ's opinion is **REVERSED and REMANDED**.  Final judgment will issue in a separate entry.

**SO ORDERED**.

Date: 8/22/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Kirsten Elaine Wold
Hankey Law Office
kwold@hankeylaw.com